**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | |
| **Plaintiff,** | | 2008-CR-0030 |
| v. | | |
| **JOHN DUANE GREEN,** | | |
| **Defendant.** | | |

TO:   Denise Hinds, Esq., AUSA
      Patricia Schrader-Cooke, Esq., AFPD

### ORDER DENYING UNITED STATES' MOTION TO AMEND "ORDER REGARDING DEFENDANT'S MOTION FOR TRANSMISSION OF EVIDENCE"

THIS MATTER came before the Court for consideration upon the Motion by the United States to Amend "Order Regarding Defendant's Motion For Transmission of Evidence" to Permit the Return to Defendant or His Representative cell Phones Seized at Arrest (Docket No. 9).  A hearing was held on January 9, 2009.  The government was represented by Denise Hinds, Esq., AUSA. Patricia Schrader-Cooke, Esq., AFPD, appeared on behalf of Defendant.

Being advised in the premises and being satisfied therein, the Court finds that compliance with the order at issue is not burdensome to the government and that the

*United States v. Green*
2008-CR-0030
Order Denying United States' Motion to Amend Order
Page 2

government has not shown how forwarding the cell phones to Defendant's expert as ordered is prejudicial to the government or otherwise contrary to the interests of justice.

WHEREFORE, it is hereby **ORDERED** that the Motion By the United States to Amend "Order Regarding Defendant's Motion For Transmission of Evidence" to Permit the Return to Defendant or His Representative cell Phones Seized at Arrest (Docket No. 9) is **DENIED**.

ENTER:

Date: January 9, 2009                                /s/
                                             GEORGE W. CANNON, JR.
                                             U.S. MAGISTRATE JUDGE